■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARIS SMITH, Appellant. (Appeal No. 1.) [942 NYS2d 915]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered March 17, 2010. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree (two counts) and criminal possession of a weapon in the second degree.

from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered March 17, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.